UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:13-cr-00036-JMS-TAB-01 |
| ) | |
| CHRISTOPHER SCOTT MOORE, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Denise K. LaRue's Report and Recommendation that Christopher Moore's supervised released be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583.  The parties waived the fourteen-day period to file any objections to the report and recommendation.  The Court now approves and adopts the Report and Recommendation as the entry of the Court.  Accordingly the Court ORDERS a sentence imposed of sixteen (16) months imprisonment in the custody of the Attorney General or his designee followed by eight years of supervised release.  In addition to the mandatory conditions of supervision, the Court imposes 13 standard conditions and 6 common special conditions as listed in USPO's "Revocation Parameter Worksheet" attached to the Report and Recommendation as "Attachment A." Each condition imposed was read and explained to the defendant at the revocation hearing.   The Court further recommends placement at USP Tucson.

SO ORDERED.

Date: July 5, 2016

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

<u>Distribution via ECF to:</u>

Michael J. Donahoe
INDIANA FEDERAL COMMUNITY DEFENDERS
Mike.donahoe@fd.org

Kristina M. Korobov
UNITED STATES ATTORNEY'S OFFICE
kristina.korobov@usdoj.gov

United States Probation Office

United States Marshal