UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:13-cr-00036-JMS-TAB |
| CHRISOPHER SCOTT MOORE (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt [117] recommending that Christopher Scott Moore's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [117]. The Court finds that Mr. Moore committed Violation Numbers 1, 2, & 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [105]. The Court dismisses Violation Number 4 at dkt [109]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Moore is sentenced to the custody of the Attorney General or his designee for a period of twenty-one (21) months and with no supervised release to follow. The Court recommends placement at FCI Forrest City Low in Forrest City, Arkansas.

Date: 1/20/2023

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office